HERMAN DARM et al., Respondents, *v.* MORRIS KLETZKIN et al., Appellants.

(Submitted October 16, 1933; decided November 21, 1933.)

*Frederick Mellor, John S. Bennett* and *J. A. Keller* for appellants.

*Benjamin Jaffe* and *Mervyn Wolff* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.